UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **HOWARD D. WIGGINS**, <br><br> Petitioner, <br><br> vs. <br><br> **RANDEE REWERTS**, <br><br> Respondent. | **2:20-CV-11546-TGB-EAS** <br><br><br> **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITH PREJUDICE.**

Dated at Detroit, Michigan: April 30, 2023.

                                                  KINIKIA ESSEX
                                                  CLERK OF THE COURT

                                                  s/A. Chubb
                                                  Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE